No. 158. UNITED STATES *v.* GEORGE V. HALLIDAY ET AL. Error to the District Court of the United States for the Eastern District of Missouri. Argued January 5, 1925. Decided January 12, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of *United States* v. *Keitel,* 211 U. S. 370, 397; *United States* v. *Stevenson,* 215 U. S. 190, 195, 196; *United States* v. *Miller,*

223 U. S. 599, 602; *United States* v. *Carter*, 231 U. S. 492, 493. *Mr. Assistant Attorney General Donovan,* with whom *Mr. Solicitor General Beck* was on the brief, for the United States. *Mr. A. Samuel Bender* for defendant in error.

## PETITIONS FOR CERTIORARI GRANTED, FROM OCTOBER 6, 1924, TO AND INCLUDING JANUARY 12, 1925.